**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN GREEN,<br><br>           Plaintiff,<br>     v.<br><br>BIMBO BAKERIES USA,<br><br>           Defendant. | Case No.: 13-CV-04414-LHK<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE, CASE MANAGEMENT CONFERENCE, AND HEARING ON MOTION FOR LEAVE TO AMEND THE ANSWER |

The Court continues the Case Management Conference and hearing on Defendant's motion for leave to amend the answer set for July 16, 2014 at 2 p.m. to July 23, 2014 at 2 p.m. The Court continues the Magistrate Judge Settlement Conference deadline to October 6, 2014. All other deadlines remain as set in this Court's January 22, 2014 Case Management Order.

**IT IS SO ORDERED.**

Dated: June 26, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04414-LHK
ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE, CONTINUING CASE MANAGEMENT CONFERENCE, AND ADVANCING HEARING ON MOTION FOR LEAVE TO AMEND THE ANSWER