UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAN GREEN,<br><br>            Plaintiff,<br>    v.<br><br>BIMBO BAKERIES USA,<br><br>            Defendant. | Case No.: 13-CV-04414-LHK<br><br>CASE MANAGEMENT ORDER |

The Court continues the October 15, 2014 case management conference to January 8, 2015 at 1:30 p.m.

The Court denies Defendant's request to extend the fact discovery deadline to March 16, 2015. On January 22, 2014, the Court set a case schedule that specified fact discovery would end on November 14, 2014. ECF No. 21. In its June 16, 2014 Order continuing the settlement conference deadline at the request of the parties, the Court noted that "[a]ll other deadlines remain as set in this Court's January 22, 2014 Case Management Order." ECF No. 32. On June 26, 2014, the Court again continued the settlement conference deadline at the request of the parties, and again noted that "[a]ll other deadlines remain as set in this Court's January 22, 2014 Case Management Order." ECF No. 37. Finally, in its July 7, 2014 order granting Defendant's motion for leave to file an amended answer, the Court specifically stated that "Fact discovery in this case does not close until November 14, 2014 . . . ." ECF No. 39.

**IT IS SO ORDERED.**

Dated: October 13, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge