UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA,<br><br>        Defendant. | Case No.:13-CV-04414-LHK<br><br>**ORDER RE ADR AND FEBRUARY 4, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 57, 60 |

In light of the Court's January 12, 2015 order denying Defendant's motion for summary judgment and the parties' joint case management statement, the Court orders the parties to file a joint statement by February 6, 2015, identifying in what form of alternative dispute resolution the parties are willing to engage. The Court intends to refer the parties for an additional ADR session with a 90-day deadline prior to the next case management conference.

The Court continues the February 4, 2015 case management conference to May 20, 2015, at 2 p.m.

1

Case No.: 13-CV-04414-LHK
ORDER RE ADR AND FEBRUARY 4, 2015 CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
LUCY H. KOH
United States District Judge