UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIMBO BAKERIES USA,<br>　　　　　Defendant. | Case No.  13-cv-04414-LHK<br><br>**CASE MANAGEMENT ORDER** |

The parties filed a stipulation to continue the May 20, 2015 case management conference to June 10, 2015. The parties represent that they have reached a settlement and require 40 days to memorialize the settlement and for plaintiff to receive payment of the settlement proceeds.

The Court CONTINUES the May 20, 2015 case management conference to June 10, 2015. If the parties have not filed a stipulation of dismissal with prejudice by June 3, 2015, the parties shall file a joint case management statement by June 3, 2015.

The case schedule remains as set.

Case No.13-cv-04414-LHK
ORDER

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
LUCY H. KOH
United States District Judge