UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN GREEN,<br><br>        Plaintiff,<br><br>   v.<br><br>BIMBO BAKERIES USA,<br>        Defendant. | Case No.  13-cv-04414-LHK<br><br>**CASE MANAGEMENT ORDER** |

The parties have indicated that they have finalized their settlement agreement and expect to file a stipulation of dismissal within two weeks. The Court therefore CONTINUES the June 10, 2015 case management conference to July 1, 2015 at 2 p.m.

The pretrial conference remains as set on July 9, 2015. The parties are referred to the undersigned's civil jury trial standing order regarding pretrial conference deadlines. The Court will not vacate the pretrial conference or trial dates until the parties file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: June 8, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.13-cv-04414-LHK
CASE MANAGEMENT ORDER